MORRIS OSTROFF, ET AL., PLAINTIFFS-PETITIONERS, v. BOARD OF COMMISSIONERS OF THE CITY OF CAMDEN, DEFENDANT-RESPONDENT.

See same case below: 7 *N. J. Super.* 245.

*Mr. Meyer L. Sakin* for the petitioners.

*Mr. John J. Crean* and *Mr. Norman Heine* for the respondent.

September 11, 1950.   Denied.

IN THE MATTER OF THE ESTATE OF EMILE PFIZER, DECEASED.

See same case below: 8 *N. J. Super.* 6.

*Mr. Thomas J. Markey* for the petitioner.

*Messrs. Hopkins, Vorburger & Dickson* and *Mr. Herman G. Vorburger* for the respondents.

September 11, 1950.   Granted.